[No. 12524-9-I.  Division One.  October 31, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. BYRON RALPH TREPANIER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-1-01729-9, Arthur E. Piehler, J., entered November 18, 1982. *Dismissed* by unpublished per curiam opinion.

[No. 11946-0-I.  Division One.  October 31, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. DEBRA JEAN HALE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-1-01255-2, Robert W. Winsor, J., entered July 6, 1982. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 12333-5-I.  Division One.  October 31, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS RICHARDS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-8-02446-7, Gary M. Little, J., entered November 16, 1982. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Williams and Callow, JJ.